```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA
                         BRUNSWICK DIVISION
```

| | |
|---|---|
| MONALISA DOCKERY,<br><br>    Plaintiff,<br><br>v.<br><br>AARON RAYNELL SHARPE, WILLIE<br>GASKIN, EAGLE EXPRESS LINES,<br>INC., AND PROTECTIVE INSURANCE<br>COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NUMBER: 2:19-cv-24-LGW-BWC |

## DISCLOSURE STATEMENT
## S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Defendants Willie Gaskin, Eagle Express Lines, Inc. and Protective Insurance Company certifies the following is a full and complete list of the parties in this action.

| **Name** | **Identification & Relationship** |
|---|---|
| George Piggee | Plaintiff |
| Aaron Raynell Sharpe | Defendant |
| Willie Gaskin | Defendant, Driver for Eagle Express Lines, Inc. |
| Eagle Express Lines, Inc. | Defendant, Motor Carrier |
| Protective Insurance Company | Defendant, Excess Carrier for Eagle Express Lines, Inc. |

The undersigned further certifies the following is a full and complete list of officers, directors, or trustees of Defendant Eagle Express Lines, Inc.:

-1-

-2-

**Officers**:

| | |
|---|---|
| Wayne Hoovestol | President |
| Joe Hoovestol | Vice President |
| Hanna Heit | Secretary |
| Andy Lucht | Treasurer |
| Tom Crimmins | Vice President |

**Directors**:

Wayne Hoovestol

Joe Hoovestol

Hanna Heit

Andy Lucht

Tom Crimmins

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| **Name** | **Identification & Relationship** |
|---|---|
| Eagle Express Lines, Inc. | 100% owned by Treadstone Capital, Group, Inc. |

DENNIS, CORRY, SMITH & DIXON, LLP

By: *John D. Dixon*
    JOHN D. DIXON
    Georgia Bar No. 223376
    For the Firm
    Attorneys for Defendants Willie Gaskin, Eagle Express Lines, Inc. and Protective Insurance Company

900 Circle 75 Parkway
Suite 1400
Atlanta, GA 30339
(404) 926-3657
jdixon@dcplaw.com

**CERTIFICATE OF SERVICE**

I electronically filed this **DISCLOSURE STATEMENT S.D. Ga. LR 7.1.1** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Kathleen M. Hurley, Esq.,
    Pamela Grimes, Esq.
    Cruser Mitchell Novitz Sanchez Gaston & Zimet, LLP
    Meridian II, Suite 2000
    275 Scientific Drive
    Norcross, GA  30092

    Brent J. Savage, Esq.
    R. Brian Tanner, Esq.
    Savage Turner Durham Pinckney & Savage
    P.O. Box 10600
    Savannah, GA  31412

    Roy J. Boyd, Jr., Esq.
    Boyd Law Firm, LLC
    1601 Reynolds Street
    Brunswick, GA  31520

This 28th day of March, 2019.

                                    *John D. Dixon*
                                    JOHN D. DIXON
                                    For the Firm